```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

                                          CIVIL ACTION
                                          DOCKET NUMBER
                                          04CV11510NMG
_____
                              )
DANTE ALLEN,                  )
          Plaintiff           )
                              )
V.                            )
                              )
                              )
UNITED PARCEL SERVICE,        )
and                           )
BRIAN O'SHEA,                 )    JOINT SCHEDULING
and                           )    STATEMENT
OTHER UNNAMED UNITED PARCEL   )
SERVICE EMPLOYEES,            )
          Defendants          )
_____)
```

Now come the parties, pursuant to Local Rule 16.1(D), and respectfully submit the following Joint Scheduling Statement:

AGENDA

1. Parties' joint proposed motion and discovery schedules.
2. Whether bifurcated discovery would be useful to satisfy the mandates of the local rules relative to expense and delay reduction.
3. Whether ADR referral would be appropriate, and if so, when such referral would be appropriate.

JOINT PROPOSED MOTION AND DISCOVERY SCHEDULE

The parties propose a discovery schedule as set forth herein. Its goal is to promote narrowing of the issues between

the parties and to prevent and mitigate delay of resolution of these matters.

1. Plaintiffs and Defendants expect to have completed their initial disclosures pursuant to Local Rule 26.1(B) by or before October 21, 2004.

2. Motions for leave to amend pleadings and joinder of other parties should be filed by December 12, 2004.

3. All written discovery should be propounded and responded to by February 1, 2005.

4. All non-expert depositions should be concluded by April 1, 2005.

5. Plaintiffs' expert designations and reports should be produced by June 1, 2005.

6. Defendants' expert designations and reports should be produced by July 1, 2005.

7. Expert depositions should be completed by September 1, 2005.

8. Dispositive motions should be filed by October 1, 2005. Responses are due thirty days therefrom and replies to responses are due fourteen days after responses.

## TRIAL BY A MAGISTRATE JUDGE

Plaintiff would assent to trial by the magistrate judge. Defendants do not assent agree to trial by the magistrate judge at this time.

## CONSULTATION

Plaintiffs and Defendants will file the certificates

required by Local Rule 16.1(D)(3) at the scheduling conference on October 7, 2004.

|  |  |
|---|---|
|  | Respectfully submitted,<br>Dante Allen,<br>By his attorney |
| Dated: September 30, 2004 |  |
|  | /s Elizabeth M. Clague<br>_____<br>Elizabeth M. Clague<br>Attorney At Law<br>The Kennedy Building<br>142 Main Street, Suite 304<br>Brockton, MA 02301<br>(508) 587-1191<br>Fax (508) 587-0992<br>BBO # 632341 |

For the Defendants:

United Parcel Service and
Brian O'Shea

/s Pamela D. Meekins
/s Susan J. Baranoff
_____
Pamela D. Meekins
BBO # 638856
Susan J. Baranoff
BBO # 030200
Murtha Cullina LLP
Attorneys At Law
99 High Street
Boston, MA 02110
(617) 457-4000
FAX (617) 482-3868