UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
DOCKET NUMBER
04CV11510NMG

```
_____
                               )
DANTE ALLEN,                   )
        Plaintiff              )
                               )
V.                             )
                               )
                               )
UNITED PARCEL SERVICE,         )
and                            )
BRIAN O'SHEA,                  )          CERTIFICATE OF
and                            )          CONSULTATION WITH
OTHER UNNAMED UNITED PARCEL    )          CLIENT PURSUANT TO
SERVICE EMPLOYEES,             )          L.RULE 16.1(D)(3)
        Defendants             )
_____)
```

THE ATTORNEY OF RECORD FOR PLAINTIFF, DANTE ALLEN, hereby certifies that she has conferred with the Plaintiff regarding the establishment of a budget of costs for conducting the full course of the litigation and resolution programs such as those outlined in Local Rule 16.4.

1

|  |  |
|---|---|
|  | Respectfully submitted,<br>Dante Allen,<br>By his attorney |
| Dated: October 7, 2004 |  |
|  | /s Elizabeth M. Clague<br>_____<br>Elizabeth M. Clague<br>Attorney At Law<br>The Kennedy Building<br>142 Main Street, Suite 304<br>Brockton, MA 02301<br>(508) 587-1191<br>Fax (508) 587-0992<br>BBO # 632341 |

For the Defendants:

## CERTIFICATE OF SERVICE

    I, Elizabeth M. Clague, counsel for the Plaintiff, hereby certify that I have served this document by mailing postage prepaid to counsel for the Defendants United Parcel Service and Brian O'Shea:

                Pamela Meekins
              Susan J. Baranoff

             Murtha Cullina LLP
             Attorneys At Law
              99 High Street
             Boston, MA 02110
              (617) 457-4000
            FAX (617) 482-3868