UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
DOCKET NUMBER
04CV11510NMG

| | |
|---|---|
| DANTE ALLEN,<br>    Plaintiff<br><br>V.<br><br>UNITED PARCEL SERVICE,<br>and<br>BRIAN O'SHEA,<br>and<br>OTHER UNNAMED UNITED PARCEL<br>SERVICE EMPLOYEES,<br>    Defendants | **CERTIFICATE OF<br>CONSULTATION WITH<br>CLIENT PURSUANT TO<br>L.RULE 16.1(D)(3)** |

THE ATTORNEY OF RECORD FOR PLAINTIFF, DANTE ALLEN, hereby certifies that she has conferred with the Plaintiff regarding the establishment of a budget of costs for conducting the full course of the litigation and resolution programs such as those outlined in Local Rule 16.4.

Dated: October 14, 2004

_____
Dante Allen

1