Dated: October 14, 2004

Respectfully submitted,
Dante Allen,
By his attorney

/s Elizabeth M. Clague
_____
Elizabeth M. Clague
Attorney At Law
The Kennedy Building
142 Main Street, Suite 304
Brockton, MA 02301
(508) 587-1191
Fax (508) 587-0992
BBO # 632341

For the Defendants:

### CERTIFICATE OF SERVICE

I, Elizabeth M. Clague, counsel for the Plaintiff, hereby certify that I have served this document by mailing postage prepaid to counsel for the Defendants United Parcel Service and Brian O'Shea:

Pamela Meekins
Susan J. Baranoff

Murtha Cullina LLP
Attorneys At Law
99 High Street
Boston, MA 02110
(617) 457-4000
FAX (617) 482-3868

Dated: October 14, 2004

_____
Elizabeth M. Clague

2