UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DANTE ALLEN,

    Plaintiff,

v.                                                                04-11510-NMG

UNITED PARCEL SERVICE, INC.,
BRIAN O'SHEA, and UNNAMED UNITED
PARCEL SERVICE EMPLOYEES,

    Defendants.

## DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Defendants United Parcel Service, Inc., Brian O'Shea, and their counsel hereby certify that they have conferred about a budget for the litigation and about the use of alternative dispute resolution, as required by Local Rule 16.1(D)(3).

                                      UNITED PARCEL SERVICE, INC. and
                                      BRIAN O' SHEA

                                      By their authorized representative,

                                      */s/ Dena Klopfenstein*
                                      Dena Klopfenstein, Esq.
                                      United Parcel Service, Inc.
                                      55 Glenlake Parkway, NE
                                      Atlanta, GA 30328

By their attorneys,

/s/ Susan J. Baronoff
_____
Susan J. Baronoff, BBO #030200
Pamela D. Meekins, BBO #638856
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
Phone: (617) 457-4000
Fax: (617) 482-3868

Dated: September 28, 2004