UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
DOCKET NUMBER
04CV11510NMG

_____
                             )
DANTE ALLEN,                 )
        Plaintiff            )
                             )
V.                           )
                             )
                             )
UNITED PARCEL SERVICE,       )
and                          )
BRIAN O'SHEA,                )   **INITIAL DISCLOSURES PURSUANT**
and                          )   **TO FED.R.CIV.P.26(a)1 AND**
                             )   **LOCAL RULE 26.2(A)**
OTHER UNNAMED UNITED PARCEL  )
SERVICE EMPLOYEES,           )
        Defendants           )
_____)

NOW COMES the Plaintiff Dante Allen and respectfully submits the following Initial Disclosures pursuant to the scheduling order of October 7, 2004 (Gorton, J.):

    1.    The following persons have discoverable information regarding the disputed facts:

        (a)  All the parties.

        (b)  Ralph Brooks
            United Parcels Service
            43rd Street
            Somerville, MA

        (c)  Thomas Quin
            Drug Enforcement Administration
            132 Harbor Side Drive
            East Boston, MA

(d) Mike McCarran
    Drug Enforcement Administration
    132 Harbor Side Drive
    East Boston, MA

(e) Mike Cauley
    Drug Enforcement Administration
    132 Harbor Side Drive
    East Boston, MA

(f) Mark Marron
    Drug Enforcement Administration
    132 Harbor Side Drive
    East Boston, MA

(g) Peter McCarron
    M.B.T.A Police Department
    240 South Hampton Street
    Boston, MA

(h) Fred Zakrzewski
    Drug Enforcement Administration
    132 Harbor Side Drive
    East Boston, MA

(i) Miguel Sosa
    M.B.T.A Police Department
    240 South Hampton Street
    Boston, MA

(j) Mike Lane
    United Parcel Service
    43rd Street
    Somerville, MA

(k) Sean O'Brien
    United Parcel Service
    43rd Street
    Somerville, MA

(l) Plaintiff's Healthcare Providers
    –medical providers have information about the damage to Plaintiff's physical and psychological health and well-being caused by the

      Defendants.

2.  Plaintiff avers he has the following documents and things available to him:

  (a)  Transcripts of prior testimony by Defendant Brian O'Shea.

  (b)  Transcripts of prior testimony by Police Detective Thomas Quin.

  (c)  Police reports.

  (d)  May 18, 2001 log entry indicating Plaintiff was terminated due to "conviction of a crime".

  (e)  Plaintiff's personnel records.

  (f)  Records of UPS deliveries made by Plaintiff.

  (g)  Plaintiff's medical records.

  (h)  Docket of criminal case in which Plaintiff was arrested and later acquitted.

3.  Plaintiff's computation of damages includes:

  (a)  Approximately $100,000.00 in lost wages.

  (b)  Approximately $20,000.00 for psychological therapy.

  (c)  Approximately $50,000.00 compensatory damages for imprisonment, damage to reputation, humiliation, and emotional distress.

  (d)  Approximately $75,000.00 for wrongful discharge in violation of public policy.

   (e) $100,000.00 for attorney's fees and costs.

   (f) Incalculable punitive damages.

   (g) Plaintiff intends to provide medical records, employment records, and witness testimony regarding the above noted items.

Plaintiff hereby states he has prepared the above noted disclosures based on information reasonably available to him at this time and in doing so does not waive his right to present information subsequently developed or discovered at trial. Plaintiff further avers he makes this disclosures without waiving his objections to the admissibility of the information on the grounds of privilege or relevance.

Dated: October 20, 2004

         Respectfully submitted,
         Dante Allen,
         By his attorney

         /s/ Elizabeth M. Clague
         _____
         Elizabeth M. Clague
         Attorney At Law
         The Kennedy Building
         142 Main Street, Suite 304
         Brockton, MA 02301
         (508) 587-1191
         Fax (508) 587-0992

**CERTIFICATE OF SERVICE**

    I, Elizabeth M. Clague, counsel for the Plaintiff, hereby certify that I have served this document by mailing postage prepaid to counsel for the Defendants United Parcel Service and Brian O'Shea:

                      Pamela D. Meekins
                     Murtha Cullina LLP
                      Attorneys At Law
                      99 High Street
                      Boston, MA 02110
                      (617) 457-4000
                      FAX (617) 482-3868

Dated: October 20, 2004                  /s/ Elizabeth M. Clague
                                                           _____
                                                             Elizabeth M. Clague