UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 21  P 12: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| DANTE ALLEN, | : |
| Plaintiff, | : |
| v. | : 04-11510-NMG |
| UNITED PARCEL SERVICE, INC., BRIAN O'SHEA, and UNNAMED UNITED PARCEL SERVICE EMPLOYEES, | : |
| Defendants. | : |

### DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)

Pursuant to Fed. R. Civ. P. 26(a)(1), Defendants United Parcel Service, Inc., ("UPS") and Brian O'Shea ("O'Shea") submit the following initial disclosures. Defendants shall promptly supplement this disclosure should further relevant information become available:

### Fed. R. Civ. P. 26(a)(1)(A)

The following individuals are likely to have discoverable information that UPS and O'Shea may use in their defense:

1. **Mark Murphy**
   UPS Employee Relations Manager
   United Parcel Service
   1045 University Avenue
   Norwood, MA 02062

   Subject: information relating to UPS' personnel practices and procedures.

2. **Brian O'Shea**
   Security Manager, North New England District
   United Parcel Service

1 Wall Street
Hudson, NH 03051

Subject: information relating to UPS' investigation into the delivery of parcels suspected of containing illegal substances.

3.  **Michael Lane**
    District Security Manager for South and East Carolina
    United Parcel Service
    124 Creekside Rd.
    West Columbia, SC 29172

Subject: information relating to UPS' investigation into the delivery of parcels suspected of containing illegal substances.

4.  **Robert Persuitte**
    16 Kayla Drive
    Saugus, MA 01906

Subject: information relating to UPS' investigation into the delivery of parcels suspected of containing illegal substances.

### Fed. R. Civ. P. 26(a)(1)(B)

Defendants have the following categories of documents in their possession, custody, or control that may be used in their defense:

1.  Documents produced in connection with the criminal proceeding against Mr. Allen (Cambridge District Court No. 0052CR003723), including UPS training and policy manuals relating to the delivery of air packages, automated delivery reports, and receiving logs from Comp USA.

2.  Documents relating to Allen's employment history at UPS, including Mr. Allen's employment application and his employee history profile.

These above-referenced documents are currently located at the office of Defendants' attorneys, Pamela D. Meekins and Susan J. Baronoff of Murtha Cullina LLP, at 99 High Street, 20th Floor, Boston, MA 02110.

### Fed. R. Civ. P. 26(a)(1)(C)

Not applicable.

**Fed. R. Civ. P. 26(a)(1)(D)**

Not applicable.

                            UNITED PARCEL SERVICE, INC.
                            and BRIAN O' SHEA,

                            By their attorneys,

                            /s/ Pamela D. Meekins
                            Susan J. Baronoff  BBO #030200
                            Pamela D. Meekins, BBO #638856
                            Murtha Cullina LLP
                            99 High Street, 20th Floor
                            Boston, MA 02110
                            Phone: (617) 457-4000
                            Fax: (617) 482-3868

## CERTIFICATE OF SERVICE

I, Pamela D. Meekins, one of the attorneys for defendants United Parcel Service and Brian O' Shea, hereby certify that on October 21, 2004, I served a copy of Defendants' Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) by way of first class mail to Elizabeth M. Clague, counsel for Plaintiff, at The Kennedy Building, 142 Main Street, Suite 304, Brockton, MA 02301.

                            /s/ Pamela D. Meekins
                            Pamela D. Meekins