UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Dante Allen,**

        **Plaintiff**

                                                                                           **CIVIL ACTION:04-11510-NMG**

        V.

**United Parcel Service, et al.,**

        **Defendant**

<u>**ORDER OF REFERENCE
FOR
ALTERNATIVE DISPUTE RESOLUTION**</u>

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to <u>Magistrate Judge Bowler</u> for the following ADR program:

_____ **EARLY NEUTRAL EVALUATION**   \_\_X\_\_ **MEDIATION**

_____ **MINI-TRIAL**                         \_\_\_\_\_ **SUMMARY JURY TRIAL**

_____ **SETTLEMENT CONFERENCE**   _____ **SPECIAL MASTER**

_____ **PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM**

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program.   If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

                                                                         **ROBERT E. KEETON**

                                                                          **UNITED STATES DISTRICT JUDGE**

   <u>**2/17/05**</u>                                                              **By:**   <u>**/S/** *Craig J. Nicewicz*</u>
     **DATE**

<u>**CASE CATEGORY**</u>

| | | | |
|---|---|---|---|
| **Admiralty** | \_\_\_\_ | **Antitrust** | \_\_\_\_ |
| **Civil Rights** | \_\_\_\_ | **Contract** | <u>**X**</u> |
| **Copyright/Trademark/Patent** | \_\_\_\_ | **Environmental** | \_\_\_\_ |
| **ERISA** | \_\_\_\_ | **FELA** | \_\_\_\_ |
| **Labor Relations** | \_\_\_\_ | **Medical Malpractice** | \_\_\_\_ |
| **Personal Injury** | \_\_\_\_ | **Product Liability** | \_\_\_\_ |
| **Shareholder Dispute** | \_\_\_\_ | | |
| **Other** | <u>For April, 2005 mediation if possible</u> | | |