UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 MAR -2 P 1: 13
U.S. DISTRICT COURT
DISTRICT OF MASS

DANTE ALLEN,

    Plaintiff,

v.

UNITED PARCEL SERVICE, INC.,
BRIAN O'SHEA, and UNNAMED UNITED
PARCEL SERVICE EMPLOYEES,

    Defendants.

04-11510-NMG

## MOTION FOR ACCESS TO PLAINTIFF'S
## CRIMINAL OFFENDER RECORD INFORMATION

Pursuant to M.G.L. c. 6, §172(c), counsel for Defendants United Parcel Service, Inc. ("UPS") and Brian O'Shea ("O'Shea") hereby request the Court's approval to utilize the general grant of access to Criminal Offender Record Information ("CORI"), as provided by the Criminal Systems History Board, to them as Attorneys of Record. Defendants' counsel seek access to all of the criminal record information of Plaintiff Dante Allen (date of birth June 19, 1974) for the purposes of witness impeachment and trial strategy in connection with the above-captioned case. Plaintiff's claims in this case include allegations that he was wrongfully accused of, prosecuted for, and said to have been convicted of criminal activity.

In further support of this motion, Defendants submit the Affidavit of Susan J. Baronoff, attached hereto.

UNITED PARCEL SERVICE, INC. and
BRIAN O' SHEA
By their attorneys,

*/s/ Susan J. Baronoff*
Susan J. Baronoff, BBO# 030200
Pamela D. Meekins, BBO# 638856
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
phone: (617)457-4000
fax:   (617)482-3868
e-mail: SBaronoff@murthalaw.com
        PMeekins@murthalaw.com

Date: March 1, 2005

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1 AND STIPULATION

I, Susan J. Baronoff, hereby certify that I have conferred with counsel for the plaintiff, Elizabeth Clague, who assents to this Motion upon my stipulation that I will not disseminate the Plaintiff's criminal record information to anyone other than counsel for the defendants without her agreement or order of the Court.

*/s/ Susan J. Baronoff*
Susan J. Baronoff

### CERTIFICATE OF SERVICE

I, Susan J. Baronoff, hereby certify under the pains and penalties of perjury that on March 1, 2005, I served a copy of the foregoing Motion and attached Affidavit by first class mail, postage prepaid, upon counsel for the plaintiff: Elizabeth Clague, 142 Main St., Suite 304, Brockton, MA 02301.

*/s/ Susan J. Baronoff*
Susan J. Baronoff

298151