UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 MAR -2  P 1: 13
U.S. DISTRICT COURT
DISTRICT OF MASS

DANTE ALLEN,

    Plaintiff,

v.

04-11510-NMG

UNITED PARCEL SERVICE, INC.,
BRIAN O'SHEA, and UNNAMED UNITED
PARCEL SERVICE EMPLOYEES,

    Defendants.

## AFFIDAVIT OF SUSAN J. BARONOFF

I, Susan J. Baronoff, counsel for Defendants United Parcel Service, Inc. and Brian O'Shea, do hereby state as follows:

1. The Criminal Offender Record Information sought is to be used exclusively for witness impeachment or trial strategy purposes related to the above-captioned civil proceeding pending before this Court.

2. The Criminal Offender Record Information, as accessed, shall not be disclosed to unauthorized persons in violation of M.G.L. c. 6, §167, et seq., or 803 C.M.R. 2.00 et seq.

Signed under pains and penalties of perjury this 1st day of March, 2005.

*/s/ Susan J. Baronoff*
Susan J. Baronoff

298151