```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

                                              CIVIL ACTION
                                              DOCKET NUMBER
                                              04CV11510NMG
_____
                              )
DANTE ALLEN,                  )
        Plaintiff             )
                              )
V.                            )
                              )   ASSENTED TO MOTION TO RESCHEDULE
                              )   COURT-ORDERED MEDIATION
UNITED PARCEL SERVICE,        )
and                           )
BRIAN O'SHEA,                 )
and                           )
OTHER UNNAMED UNITED PARCEL   )
SERVICE EMPLOYEES,            )
        Defendants            )
_____)
```

NOW COME THE PARTIES and hereby request the following relief from this Honorable Court:

> 1. That the mediation session before Magistrate Judge Marianne Bowler currently scheduled for **June 30, 2005** be rescheduled for **July 13, 2005 at 10:00.**

AS REASON THEREFORE Plaintiff's counsel has a jury trial scheduled for June 30 and the Court and Defense counsel have both indicated the July 13 date is available.

WHEREFORE the rights of the parties and the efficient administration of justice require entry of the above-requested relief.

1

                    Respectfully submitted,
                    Dante Allen
                    By his attorney

/s/ Elizabeth M. Clague
_____
Elizabeth M. Clague
The Kennedy Building
142 Main St., Suite 304
Brockton, MA 02301
(508) 587-1191
(508) 587-0992
BBO# 632341


United Parcel Service,
Brian O'Shea and other
Unnamed UPS Employees
By their attorney

/s/ Susan J. Baronoff
_____
Susan J. Baronoff
Murtha Cullina,LLP
Attorneys At Law
99 High Street
Boston, MA 02110.

Dated: June 20, 2005