**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

DANTE ALLEN
    Plaintiff(s)

       v.

CIVIL ACTION NO. 04-11510-MNG

UNITED PARCEL SERVICE, INC., ET AL
    Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE GORTON

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X] On __July 13, 2005__, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE      _____ EARLY NEUTRAL EVALUATION
    __X__ MEDIATION      _____ SUMMARY BENCH / JURY TRIAL
    _____ MINI-TRIAL      _____ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were / were not present in person or by authorized corporate officer [except _____].

The case was:

[X] Settled. Your clerk should enter a __60__ day order of dismissal.

[ ] There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

[ ]


July 13, 2005                    /s/ Marianne B. Bowler
DATE                                ADR Provider
                                      MARIANNE B. BOWLER, U.S.M.J.

(ADRreport.wpd - 4/12/2000)                      [adrrpt.]