## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Dante Allen

      Plaintiff

CIVIL ACTION

    V.

NO. 1:04-CV-11510

United Parcel Service, Inc. Et Al
      Defendant

### SETTLEMENT ORDER OF DISMISSAL

Honorable Nathaniel M. Gorton    D. J.

The Court having been advised on __July 13, 2005__ that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

7/14/05
Date

Elizabeth E. Elefther
Deputy Clerk

(Dismissal Settlement.wpd - 12/98)